UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MIDDLE TENNESSEE LUMBER CO, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | NO. 3:23-cv-01168 ) ) |
| RFS PROTECH, LLC, | ) ) ) |
| Defendant. | ) |

### ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 16). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE